AO 241 (Rev. 5/85)

**ORIGINAL**

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

05 - 412

| United States District Court | District District Court Of Delaware |
|---|---|
| Name Dwayne Cropper | Prisoner No. #158839 | Case No. Unknown |

Place of Confinement DCC
1181 Paddock Road
Smyrna, DE 19977

Name of Petitioner (include name under which convicted)      Name of Respondent (authorized person having custody of petitioner)

Dwayne Cropper     v.    Thomas Carroll, Warden Of DCC

The Attorney General of the State of:
Jane Brady, Attorney General Of Delaware

**FILED JUN 20 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack
   New Castle County Superior Court
   500 King Street
   Wilmington, DE 19801

2. Date of judgment of conviction April 9, 1999

3. Length of sentence 45 Years Suspended After 35 Years Level V. 20 Years for Attempted Murder, 15 Years for PDWDCF.

4. Nature of offense involved (all counts) Attempted Murder, Possession Of A Deadly Weapon During The Commission Of A Felony

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

(2)

AO 241   (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  Delaware Supreme Court

   (b) Result  Affirmed

   (c) Date of result and citation, if known  January 21, 2000

   (d) Grounds raised  N/A

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court  New Castle County Superior Court

   (2) Result  Affirmed

   (3) Date of result and citation, if known  June 15, 2001

   (4) Grounds raised  Ineffective Assistance Of Counsel

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:  None Available/Applicable

   (1) Name of court

   (2) Result

   (3) Date of result and citation, if known

   (4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  Delaware District Court

    (2) Nature of proceeding  28 U.S.C. 2241 and 28 U.S.C. 2254

    (3) Grounds raised  1) did not receive notice or opportunity to respond to appointment of new Judge, 2) Trial Court abused its discretion by denying post conviction motion without an evidentiary hearing.

(3)

AO 241   (Rev. 5/85)

3) Trial Court erred in denying request for appointment of counsel for post conviction proceedings, 4) Judge Assigned to case had a closed mind.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result Affirmed and denied

(6) Date of result August 27, 2002

(b) As to any second petition, application or motion give the same information: None available

(1) Name of court

(2) Name of proceeding

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐
(5) Result

(6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.         Yes ☒   No ☐
(2) Second petition, etc.     Yes ☒   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

This motion/petition is based upon the merits and retroactive rule decided in the recent Supreme Court decision in Blakely v Washington on June 24, 2004. (124 SCt. 2531)

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241   (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A.  Ground one: Defendant may not be sentenced on facts that are neither submitted to nor proved to a jury beyond a reasonable doubt.

Supporting FACTS (state *briefly* without citing cases or law):

See attached form.

B.  Ground two:

Supporting FACTS (state *briefly* without citing cases or law):

(5)

AO 241 (Rev. 5/85)

C. Ground three:

   Supporting FACTS (state *briefly* without citing cases or law):

D. Ground four:

   Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

   Retroactive rule decided in Blakely v Washington on June 24, 2004. (124 SCt. 2531) The rule in question was not firmly established at the time Petitioner filed earlier appeals and post conviction relief and previous 28 U.S.C. 2254.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  N/A

    (b) At arraignment and plea  N/A

(6)

AO 241   (Rev. 5/85)

(c) At trial   Thomas Foley

(d) At sentencing   Thomas Foley

(e) On appeal   Thomas Foley

(f) In any post-conviction proceeding   NdPA and Leo Romano

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☒   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

6/17/05
Date

x Dwayne Cropper
Signature of Petitioner

(7)