Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2030 0003 0326 8611**
Status: **Delivered**

Your item was delivered at 11:29 am on August 03, 2005 in SMYRNA, DE 19977.



Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy