05-412 JJF



