In The United States Court Of Appeals, Third Circuit

RECEIVED AUG 19 2005

Dwayne Cropper, Petitioner

versus

Thomas L. Carroll, Warden
Respondent

Civ. Act. No. 05-412-JJF

## Motion For Appointment Of Counsel

Under 18 U.S.C. § 3006A, representation shall be provided for any financially eligible person who is charged with a felony, is subject to a mental condition hearing under Chapter 313 of this title, is entitled to appointment of counsel under the Sixth Amendment to the Constitution, is seeking relief under section 2241, 2254, or 2255 of Title 28, and faces loss of liberty in a case and Federal law requires the appointment of counsel.

In support of this motion, the petitioner states that the following is true and correct, to the best of his knowledge and belief:

1) Appellant is incarcerated
2) Appellant is convicted of a Class A Felony
3) Appellant is unskilled in the law
4) The administration of the Delaware Correctional Center where the appellant is held, limits the appellant to no time whatsoever at all to the law library. The only access appealant has to the law library is through the prison mail. Appealant cannot even talk to the law library staff paralegals to get assistance with law books, law journals, periodicals, Supreme Court Reporter Books, Federal Law books, or any law books at all.
5) Appointment Of Counsel would serve the best interests of justice in this case.
6) Appellant suffers from mental condition and has to rely on other inmates for writing and legal advice.

7) Defendant needs time to retrieve records, transcripts, and other legal papers associated with his case to present colorable claims to the Circuit Court for relief of conviction.

Wherefore, Appellant prays this Honorable Court to appoint Counsel to represent the appellant in this matter.

Date: 8/17/2005        x _Dwayne Cropper_
                           Appellant/Defendant
                           DCC
                           1181 Paddock Road
                           Smyrna, DE 19977

In The United States Court Of Appeals, Third Circuit

Dwayne Cropper, Petitioner  )
                            )
versus                      )   Civ. Act. No. 05-412-JJF
                            )
Thomas L. Carroll, Warden   )
       Respondent           )

## Certificate Of Service

I hereby certify that I have caused that on this 17th day of August, 2005, a copy of the Notice To Appeal to the U.S. Court Of Appeals, Third Circuit, and the Motion For Appointment Of Counsel to be served upon the following address indicated, by U.S. Mail, postage prepaid on:

United States Court Of Appeals (3rd Circuit)
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

By _Dwayne Cropper_
Dwayne Cropper, Pro se petitioner
DCC
1181 Paddock Road
Smyrna, DE 19977



Aug, 17, 2005

Dear Court Clerk
    Can you please send me copy of all these Legal document with stamped date. Here's a postage stamp to Return my copies.
        Thank you for your time

                Dwayne Wopper
                D.CC # 158839
                1181 Paddock Road
                Smyrna De. 19977

Ps please give me some extension on the time to have the rest of the Material

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 05-412-JJF

Dwayne Cropper; Petitioner

v.

DISTRICT COURT
JUDGE: Joseph J. Farnan

Thomas Carroll, Warden; Respondent

Notice is hereby given that **Dwayne Cropper**
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on **July 22, 2005**.
(date)

DATED: **August 17, 2005**

**None / Pro se**
(Counsel for Appellant-Signature)

**None / Pro se**
(Name of Counsel - Typed)

_____
(Address)

_____

_____
(Telephone Number)

Loren C. Meyers, Appeals Division
or
Thomas Brown, Appeals Division
(Counsel for Appellee)

820 North French Street
(Address)

Wilmington, DE 19801

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.