8-24-05

Dear Judge Farnan,                                    05-412 (JJF)

I wish to appeal the July 22, 2005 decision for a Certificate Of Appealibility (COA) to the U.S. Court Of Appeals. Evidently I wrote to the Circuit Court Of Appeals in error, which the Clerk wrote back to me with an explanation. This is in direct contradiction with the information I have which explains that both the District Judge or the Circuit Judge can issue. Please accept my apology for the mistake and mixup. This was the reason I applied for the Motion For Appointment Of Counsel to help me with the Rules Of Appellate Procedure. I will apply again for the motions with a renewed and revamped Motion For Appointment Of Counsel. Please use this letter as the proper vehicle to preserve my 2254 issues submitted to you on June 20, 2005. Thank you very much for consideration in this matter.

FILED                           Respectfully submitted





Peter T. Dalleo, Clerk
U.S. District Court, Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Bldg 21, C-U-3
CENTER