BPS-15
October 14, 2005

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. **05-4086**

DWAYNE E. CROPPER
v.
WARDEN, THOMAS CARROLL, et al.
(D. Delaware Civil No. 05-cv-00412)

Present: RENDELL, AMBRO and BECKER, Circuit Judges.

Submitted are:

(1) Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

(2) Appellant's motion for appointment of counsel; in the above-captioned case.

Respectfully,

Clerk

MMW/JIB/as/dmm

_____ORDER_____

The request for a certificate of appealability is denied. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). The District Court properly dismissed the Appellant's habeas petition as second or successive and lacking authorization from this Court. See 28 U.S.C. § 2244; see also Robinson v. Johnson, 313 F.3d 128, 138 (3d Cir. 2002). Cropper has failed to meet the § 2244 standard for authorization to file a second or successive petition. To obtain permission from this Court to file a second or successive § 2254 motion, Cropper must show that his claim is based on a "new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court that was previously unavailable," or a factual predicate that "could not have been discovered previously through the exercise of due diligence." 28 U.S.C. § 2244(b)(2). Cropper cannot rely on Blakely as a "new rule"because the Supreme Court has not made it retroactive to cases on collateral review. See In re Olopade, 403 F.3d 159 (3d Cir. 2005). Moreover, Cropper has not presented any newly discovered evidence. The motion for appointment of counsel is denied.


A True Copy
Marcia M. Waldron, Clerk

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: November 3, 2005
DMM/cc: Mr. Dwayne E. Cropper
        Loren C. Meyers, Esq.